JOHN HEZEKIAH LEVY, on Behalf of Himself and All Other Stockholders of the GUILD PUBLISHING CORPORATION v. MAURICE FRYEFIELD and Others, Impleaded with JOACHIM BERNADI.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE LEHIGH VALLEY RAILWAY COMPANY v. AMERICAN RADIATOR COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 14, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of SIMONE MINGIONE against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM W. BARDSLEY and Others v. MIRONA B. SMITH.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or before November 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MONROE REALTY & MORTGAGE CO., INC., v. INDUSTRIAL REDISCOUNT CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DANIEL E. BERGER v. CATHARINE GALLAGHER, as Executrix, etc., of FRANK A. GALLAGHER, Deceased, and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NELVAN CONSTRUCTION CORPORATION v. SANKA REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

OSCAR DANIELS COMPANY v. J. C. BROWNSTONE & COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARTHUR T. FALLON v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LINCOLN AUTO MUTUAL CASUALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.